UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL A. MORRIS, *et al.*,

    *Plaintiffs*,

v.

ISLAMIC REPUBLIC OF IRAN,

    *Defendant*.

Civil Action No. 23 - 1941 (LLA)

**ORDER**

    In August 2025, the court held a status conference regarding the recent opinion in *Sibley v. Islamic Republic of Iran*, No. 23-CV-600, 2025 WL 1928036 (D.D.C. July 14, 2025), in which the court (Boasberg, C.J.) denied a motion for default judgment based on the factual insufficiency of the expert report that had been submitted in the case. *See* Aug. 4, 2025 Minute Entry. Plaintiffs in this case have submitted a similar report by the same expert witness, Michael Pregent. *See* ECF No. 46-83. As explained at the status conference, the court has identified in the Pregent report before it many of the same issues identified by Chief Judge Boasberg in his case; given these deficiencies, the court anticipates that it likewise would not be able to grant default judgment in Plaintiffs' favor.

    Previously, Plaintiffs' counsel appeared before the court (McFadden, J.) in *Roth v. Islamic Republic of Iran*, No. 19-CV-2179, and *Brown v. Islamic Republic of Iran*, No. 21-CV-1308, similar cases also featuring expert reports by Mr. Pregent. In *Brown*, noting that it had required supplemental testimony from Mr. Pregent in *Roth* to fill "evidentiary gaps" left by Mr. Pregent's report, the court denied Plaintiffs' motion for default judgment without prejudice and invited

Plaintiffs to provide "more information—to the extent any exists—about the attacks involving mortars, IEDs, RPGs, or indirect fire where no terrorist group claimed responsibility and there was no signature Iranian weapon." *Brown*, No. 21-CV-1308, ECF No. 31, at 1. Plaintiffs subsequently filed a renewed motion for default judgment, *Brown*, ECF No. 32, an updated expert report by Mr. Pregent, *Brown*, ECF No. 34-3, and additional evidence, including several maps indicating territorial control, *see generally Brown*, ECF Nos. 32-1 to 34-5. This evidence enabled the *Brown* court to narrow its evidentiary hearing to a limited number of attacks, *see Brown*, May 1, 2023 Minute Order, and ultimately grant Plaintiffs' motion for default judgment, *see* ECF Nos. 47 (sealed), 49 (redacted).

On review of the record before it, the court determines that it requires similar supplementation in this case—with citations to the specific evidence relied on by Mr. Pregent—before it can render a decision as to a motion for default judgment.

Accordingly, it is hereby **ORDERED** that Plaintiffs' motion for default judgment, ECF No. 45, is **DENIED** without prejudice to refiling; it is further

**ORDERED** that the court's previous order directing Plaintiffs to respond to the *Sibley* opinion by August 12, 2025, *see* Aug. 4, 2025 Minute Entry, is **VACATED**; it is further

**ORDERED** that Plaintiffs shall, on or before September 2, 2025, file a brief, not to exceed fifteen pages that: (1) responds to the *Sibley* opinion; (2) presents Plaintiffs' position on whether the court should proceed with bellwether Plaintiffs and, if so, identify those Plaintiffs;[1] and

---

[1] The court notes that, in several similar cases, courts in this district have issued opinions regarding liability as to a small group of bellwether plaintiffs and then appointed Special Masters to determine liability as to the remaining plaintiffs and damages as to all prevailing plaintiffs. *See, e.g.*, *Cabrera v. Islamic Republic of Iran*, No. 18-CV-2065, 2022 WL 21769408, at *1 (D.D.C.

(*continued on next page*)

(3) proposes a deadline for a new motion for default judgment (Plaintiffs may provide alternate dates depending on whether the court proceeds with bellwether Plaintiffs or considers the claims of all Plaintiffs).

**SO ORDERED.**

/s/ L. Alikhan
_____
LOREN L. ALIKHAN
United States District Judge

Date:   August 5, 2025

---

Dec. 13, 2022); *Martino v. Islamic Republic of Iran*, No. 21-CV-1808, 2024 WL 5375477, at *1 (D.D.C. Oct. 30, 2024); *Swinney v. Islamic Republic of Iran*, No. 20-CV-2316, 2024 WL 5245440, at *1 (D.D.C. Nov. 4, 2024); *Est. of Fishbeck v. Islamic Republic of Iran*, No. 18-CV-2248, 2024 WL 5375475, at *1 (D.D.C. Dec. 9, 2024); *Lee v. Islamic Republic of Iran*, No. 19-CV-830, 2025 WL 1488021, at *1 (D.D.C. May 23, 2025); *Sibley*, 2025 WL 1928036, at *2.